## PETERSON et al. v. KNOPP.

No. 16434—Opinion Filed, Oct. 19, 1926.

Appeal from District Court, Tulsa County; Albert C. Hunt, Judge.

Action between Alfred Peterson and others and Eugene C. Knopp, a minor, by next friend, Frank Knopp. From the judgment, the former brings error. Reversed and remanded.

Rainey, Flynn, Green & Anderson, W. A. Chase, and Calvin Jones, for plaintiffs in error.

J. W. Simpson and Guy S. Manatt, for defendant in error.

PER CURIAM. Upon authority of Ellis v. Outler, 25 Okla. 489, 106 Pac. 957, this cause is reversed and remanded for a new trial for failure of the defendant in error

to file a brief as required by rule 7 of this court.

---

## CITY OF TULSA v. WOOD.

No. 17267—Opinion Filed Oct. 19, 1926.

Appeal from District Court, Mayes County; Fred A. Speakman, Assigned Judge.

Action between the City of Tulsa and Elizabeth J. Wood. From the judgment, the former brings error. Reversed and remanded.

H. O. Bland, Harry Halley, W. B. Robinson, and Langley & Langley, for plaintiff in error.

R. A. Wilkerson and F. F. Brewster, for defendant in error.

PER CURIAM. Upon authority of Ellis v. Outler, 25 Okla. 489, 106 Pac. 957, this cause is reversed and remanded for a new trial for failure of the defendants in error to file a brief as required by rule 7 of this court.

---

## HILT v. MILLER.

No. 17259—Opinion Filed Oct. 19, 1926.

Appeal from Court of Common Pleas, Tulsa County; Gerald F. O'Brien, Judge.

Action between John H. Hilt and Joseph T. Miller. From the judgment, the former brings error. Reversed and remanded.

O'Connor, Holden & Cobb, for plaintiff in error.

Eugene O. Monnet, for defendant in error.

PER CURIAM. Upon authority of Ellis v. Outler, 25 Okla. 489, 106 Pac. 957, this cause is reversed and remanded for a new trial for failure of the defendant in error to file a brief as required by rule 7 of this court.